# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22-CR-40027-MRG |
| ) | |
| MOSES ANTONIO SOTO and ) | |
| KIERSTEN SOTO, ) | |
| ) | |
| Defendants ) | |

## GOVERNMENT'S FIRST EXHIBIT LIST

Pursuant to the Court's pretrial order, the United States presently intends to offer the exhibits listed below in its case-in-chief. The government reserves the right to supplement this list or revise existing exhibits.

| No. | Description |
|---|---|
| **Brad Darrach Facebook Exhibits** | |
| **Brad Darrach Messages with Victim 1** | |
| 1.01 | Facebook Messages between Brad Darrach and Victim 1 02-04-2022 – 02-08-2022, pg. 954-968 |
| 1.02 | Facebook Messages between Brad Darrach and Victim 1, 02-15-2022 – 02-15-2022, pg. 982-988 |
| 1.03 | Facebook Messages between Brad Darrach and Victim 1, 03-03-2022 – 03-05-2022, pg. 1052-1061 |
| 1.04 | Facebook Messages between Brad Darrach and Victim 1, 03-13-2022 – 03-15-2022, pg. 1085-1089 |
| 1.05 | Facebook Messages between Brad Darrach and Victim 1, 04-07-2022 – 04-10-2022, pg. 1159-1170 |
| 1.06 | Facebook Messages between Brad Darrach and Victim 1's account, 04-25-2022 – 04-30-2022, pg. 1209-1226 |
| **Brad Darrach Messages with Kiersten Soto** | |
| 2.01 | Facebook Messages between Brad Darrach and Kiersten Soto, 01-31-2022 – 02-16-2022, pg. 1280-1282 |
| 2.02 | Facebook Messages between Brad Darrach and Kiersten Soto, 03-21-2022 – 03-28-2022, pg. 1298-1305 |
| 2.03 | Facebook Messages between Brad Darrach and Kiersten Soto, 05-12-2022 – 09-01-2022, pg. 1332-1333 |
| **Brad Darrach Messages with Moises Soto** | |
| 3.01 | Facebook Messages between Brad Darrach and Moises Soto, 02-08-2022 – 02-19-2022, pg. 886-889 |

| | |
|---|---|
| 3.02 | Facebook Messages between Brad Darrach and Moises Soto, 02-08-2022 – 03-05-2022, pg. 897-898 |
| 3.03 | Facebook Messages between Brad Darrach and Moises Soto, 04-15-2022 – 05-21-2022, pg. 915-926 |
| **Kiersten Soto Facebook Exhibits** | |
| 4.01 | Facebook Messages between Kiersten Soto and Victim 1, 01-03-2022 – 01-08-2022, pg. 3416-3438 |
| 4.02 | Facebook Messages between Kiersten Soto and Victim 1, 01-10-2022 – 01-12-2022, pg. 3439-3443 |
| 4.03 | Facebook Messages between Kiersten Soto and Victim 1, 01-14-2022 – 01-14-2022, pg. 3445-3449 |
| 4.04 | Facebook Messages between Kiersten Soto and Victim 1, 01-15-2022 – 01-17-2022, pg. 3471-3479 |
| 4.05 | Facebook Messages between Kiersten Soto and Victim 1, 01-19-2022 – 01-22-2022, pg. 3570-3579 |
| 4.06 | Facebook Messages between Kiersten Soto and Victim 1, 01-25-2022 – 01-31-2022, pg. 3606-3619 |
| 4.07 | Facebook Messages between Kiersten Soto and Victim 1, 02-06-2022 – 02-07-2022, pg. 3636-3642 |
| 4.08 | Facebook Messages between Kiersten Soto and Victim 1, 02-16-2022 – 02-16-2022, pg. 3722-3744 |
| 4.09 | Facebook Messages between Kiersten Soto and Victim 1, 02-20-2022 – 02-23-2022, pg. 3752-3799 |
| 4.10 | Facebook Messages between Kiersten Soto and Victim 1, 02-25-2022 – 03-05-2022, pg. 3801-3905 |
| 4.11 | Facebook Messages between Kiersten Soto and Victim 1, 03-08-2022 – 03-17-2022, pg. 3925-3951 |
| 4.12 | Facebook Messages between Kiersten Soto and Victim 1, 04-07-2022 – 04-07-2022, pg. 3975-3976 |
| 4.13 | Facebook Messages between Kiersten Soto and Victim 1, 04-12-2022 – 04-13-2022, pg. 3980-3981 |
| 5 | Facebook Messages between Kiersten Soto and Lasia Reyes, 05-26-2022 – 05-28-2022, pg. 4227-4231 |
| 6 | Facebook Messages between Kiersten Soto and Melysza Anne, 01-25-2022 – 02-13-2022, pg. 2116-2139 |
| 7 | Facebook Messages between Kiersten Soto and Moises Soto, 05-01-2022 – 05-02-2022, pg. 5968 |
| **Moises Soto Facebook Exhibits** | |
| 8.01 | Facebook Messages between Moises Soto and Bryan Fuentes, 01-28-2022 – 02-13-2022, pg. 241-307 |
| 8.02 | Facebook Messages between Moises Soto and Bryan Fuentes, 02-16-2022 – 02-19-2022, pg. 324-359 |
| 8.03 | Facebook Messages between Moises Soto and Bryan Fuentes, 02-28-2022 – 02-28-2022, pg. 396-409 |
| 8.04 | Facebook Messages between Moises Soto and Bryan Fuentes, 03-04-2022 – 03-06-2022, pg. 423-439 |

| | |
|---|---|
| 8.05 | Facebook Messages between Moises Soto and Bryan Fuentes, 03-28-2022 – 03-29-2022, pg. 522-524 |
| 8.09 | Facebook Messages between Moises Soto and Bryan Fuentes, 05-21-2022 – 06-06-2022, pg. 700-726 |
| 8.10 | Facebook Messages between Moises Soto and Bryan Fuentes, 06-24-2022 – 06-30-2022, pg. 752-784 |
| 9 | Facebook Messages between Moises Soto and Kiersten Soto, 02-28-2022 – 03-29-2022, pg. 202-209 |
| 10.01 | Facebook Messages between Moises Soto and Victim 1, pgs 937-985 |
| 10.02 | Facebook Messages between Moises Soto and Victim 1, pgs 1047-1050 |
| 10.03 | Facebook Messages between Moises Soto and Victim 1, pgs 1106-1112 |
| 10.04 | Facebook Messages between Moises Soto and Victim 1, pgs 1123-1129 |
| 10.05 | Facebook Messages between Moises Soto and Victim 1, pgs 1137-1143 |
| 10.06 | Facebook Messages between Moises Soto and Victim 1, pgs 1195-1202 |
| 10.07 | Facebook Messages between Moises Soto and Victim 1, pg 1210 |
| 10.08 | Facebook Messages between Moises Soto and Victim 1, pgs 1219-1226 |
| 10.09_ | Facebook Messages between Moises Soto and Victim 1, pgs 1295-1306 |
| 10.10 | Facebook Messages between Moises Soto and Victim 1, pgs 1334-1337 |
| 10.11 | Facebook Messages between Moises Soto and Victim 1, pgs 1348-1353 |
| 10.12 | Facebook Messages between Moises Soto and Victim 1, pgs 1371-1383 |
| 10.13 | Facebook Messages between Moises Soto and Victim 1, pgs 1430-1432 |
| 10.14 | Facebook Messages between Moises Soto and Victim 1, pgs 1436-1437 |
| 10.15 | Facebook Messages between Moises Soto and Victim 1, pgs 1442-1449 |
| 10.16 | Facebook Messages between Moises Soto and Victim 1, pgs 1451-1462 |
| 10.17 | Facebook Messages between Moises Soto and Victim 1, pgs 1469-1470 |
| 10.18 | Facebook Messages between Moises Soto and Victim 1, pgs 1498-1500 |
| 10.19 | Facebook Messages between Moises Soto and Victim 1, pgs 1503-1509 |
| 10.20 | Facebook Messages between Moises Soto and Victim 1, pgs 1515-1516 |
| 10.21 | Facebook Messages between Moises Soto and Victim 1, pgs 1528-1530 |
| 10.22 | Facebook Messages between Moises Soto and Victim 1, pgs 1533-1534 |
| 10.23 | Facebook Messages between Moises Soto and Victim 1, pgs 1542-1544 |
| **Person to Person Payment Platforms** | |
| 11 | Kiersten Soto Venmo, 06-02-2020 – 06-14-2022 |
| 12 | Victim 1 PayPal, 11-22-2021 – 05-06-2022. |
| 13 | Kiersten Soto PayPal, 11-23-2019 – 06-07-2022 |
| 14 | Kiersten Soto Cash App, 04-24-2020 – 06-28-2022 |
| 15 | Adrian Morin Cash App, 11-25-2021 – 06-26-2022 |
| **Recordings and HSI Interviews** | |
| 16 | 6-30-2022 – HSI Interview of Kiersten and Moises |
| 17 | 7-13-2022 – HSI Interview of Kiersten and Moises |
| 18 | 10-14-2022 – HSI Phone Call with Moises |
| 19.01 | 10-18-2022 – Moises Voicemail to HSI |
| 19.02 | 11-01-2022 – Moises Voicemail to HSI |
| 19.03 | 11-03-2022 – Moises Voicemail to HSI |
| **Seeking Arrangements Exhibits** | |

| | |
|---|---|
| 20.01 | Kittenkitty User Photo - 1 |
| 20.02 | Kittenkitty User Photo - 2 |
| 20.03 | Kittenkitty User Photo - 3 |
| 20.04 | Kittenkitty User Photo – 4 |
| 20.05 | Kittenkitty User Photo – 5 |
| 20.06 | Kittenkitty User Photo – 6 |
| 20.07 | Kittenkitty User Photo – 7 |
| 20.08 | Kittenkitty User Photo - 8 |
| 20.09 | Kittenkitty User Photo - 9 |
| 21.01 | OutdoorGentleman User Photo – 1 |
| 21.02 | OutdoorGentleman User Photo – 2 |
| 21.03 | OutdoorGentleman User Photo – 3 |
| **Facebook Media** | |
| 22.01 | Kiersten Soto Facebook, Victim 1 Video 1, What did you say |
| 22.02 | Kiersten Soto Facebook, Victim 1 Video 2, Why should I give you a dose |
| 22.03 | Kiersten Soto Facebook, Victim 1 Video 3, You say whatever you want about us |
| 22.04 | Kiersten Soto Facebook, Victim 1 Video 4, What were you planning on saying |
| 22.05 | Moises Soto Facebook, Victim 1 Video 5, We've tried every avenue |
| **Kiersten Snap Chat** | |
| 23 | Kiersten Soto Snap Chat |
| **Kiersten SMS** | |
| 24 | Kiersten Soto SMS, 03-18-2022 – 05-25-2022, CourtNAY |
| 24.01 | Kiersten Victim 1 SMS |
| 24.02 | Kiersten Victim 1 SMS |
| 24.03 | Kiersten Victim 1 SMS |
| 24.04 | Kiersten Victim 1 SMS |
| 24.05 | Kiersten Victim 1 SMS |
| 24.06 | Kiersten Victim 1 SMS |
| 24.07 | Kiersten Victim 1 SMS |
| 24.08 | Kiersten Victim 1 SMS |
| 24.09 | Kiersten Victim 1 SMS |
| 24.10 | Kiersten Victim 1 SMS |
| 24.11 | Kiersten Victim 1 SMS |
| 24.12 | Kiersten Victim 1 SMS |
| 24.13 | Kiersten Victim 1 SMS |
| 24.14 | Kiersten Victim 1 SMS |
| 24.15 | Kiersten Victim 1 SMS |
| 24.16 | Kiersten Victim 1 SMS |
| **Kiersten TextNow** | |
| 25 | Kiersten Soto TextNow |
| **Grand Jury Exhibits** | |
| 26 | Ex 1  Darrach Subpoena |
| 27 | Ex 2  Darrach FB Coms with Moises |
| 28 | Ex 3  Darrach FB Coms with Kiersten |
| 29 | Ex 4 |

| | |
|---|---|
| 30 | Ex 5 |
| 31 | Ex 6 |
| 32 | Ex 7 |
| 33 | Ex 8 |
| 34 | Ex 9 |
| 35 | Ex 10 |
| 36 | Ex 11 |
| 37 | Ex 12 |
| 38 | Ex 13 |
| 39 | Ex 14 |
| **Marlboro Police Photos** | |
| 40 | Attorney Mike Murray - Marlboro District Court photo |
| 41 | IMG_2922 Victim 1 bruise; Marlboro PD photo |
| 42 | IMG_3392 Marlboro PD Notes |
| 43 | IMG_3857 Victim 1 bruise; Marlboro PD photo |
| 44 | IMG_3858 Victim 1 Bruise Marlboro, PD photo |
| 45 | IMG_3859 Victim 1 Bruise Marlboro PD photo |
| 46 | IMG_3860 Victim 1 Bruise Marlboro PD photo |
| 47 | IMG_3861 Victim 1 Bruise Marlboro PD photo |
| 48 | IMG_3937 |
| 49 | IMG_4666 Marlboro PD Notes |
| 50 | IMG_5389 Victim 1 bruise; Marlboro PD photo |
| 51 | IMG_7050 Adrian MORIN |
| 52 | IMG_7823 |
| 53 | IMG_8221 Victim 1 bruise; Marlboro PD photo |
| 54 | IMG_8931 Seeking Victim 1 |
| 55 | IMG_9084 |
| **Victim 1 Video** | |
| 56 | (USAO_1483) RVGI6000 |
| **Darrach Photos of Victim 1** | |
| 57 | IMG_4422 |
| 58 | IMG_4423 |
| 59 | IMG_4424 |
| 60 | IMG_4425 |
| 61 | IMG_4426 |
| 62 | IMG_4427 |
| 63 | IMG_4428 |
| 64 | IMG_4429 |
| 65 | IMG_4430 |
| 66 | IMG_4431 |
| 67 | IMG_4432 |
| 68 | IMG_4433 |
| 69 | IMG_4434 |
| 70 | IMG_4435 |
| 71 | IMG_4436 |

| | |
|---|---|
| 72 | IMG_4437 |
| 73 | IMG_4438 |
| **SW Photos** ||
| 74 | SW Photos |
| **Victim 1 Photos** ||
| 75 | IMG_7161 |
| 76 | IMG_7162 |
| 77 | IMG_7163 |
| 78 | IMG_7164 |
| 79 | IMG_7165 |
| 80 | IMG_7166 |
| **Grand Jury Exhibits** ||
| 81 | GJ Exhibit 15 |
| 82 | GJ Exhibit 16 |
| 83 | GJ Exhibit 17 |
| 84 | GJ Exhibit 18 |
| 85 | GJ Exhibit 19 |

The government reserves the right to amend this list as appropriate in preparation for trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ *Stephen W. Hassink*
Stephen W. Hassink
Torey B. Cummings
Assistant U.S. Attorneys

Dated: September 4, 2025

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Stephen W. Hassink*
Stephen W. Hassink
Assistant U.S. Attorney

Dated: September 4, 2025